IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-CV-673-M

MARY TANSILL,

    Plaintiff,

v.

NORTH CAROLINA CVS PHARMACY,
LLC and CVS PHARMACY INC.,

    Defendants.

**ORDER**

This matter is before the court on Defendants' motion to compel. [DE-28]. After the motion to compel was filed, the parties notified the court that the case had been fully resolved by a settlement agreement and they expect to file a stipulation of dismissal within sixty days. [DE-31]. Accordingly, in light of the notice of settlement, the motion to compel is denied without prejudice to refile should the settlement not be consummated.

SO ORDERED, the 7 day of July, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge